RECEIVED

BY ........ C.C. ........

DEC 03 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

**BUSINESS FIRST BANK**

**CIVIL ACTION NO. 6:08CV1857**

**VERSUS**

**EAGLE MARINE TOWING, INC.,**
individually and *in personam*; **ALAN FEIN,**
individually and *in personam*; **VICTOR**
**FEIN,** individually and *in personam*; and the
following documented vessel, with its
engines, machinery, equipment, fixtures,
appurtenances, etc., *in rem*: **MAMA LERE,**
**Official Number 264863**

**JUDGE HAIK**

## ORDER ON MOTION TO CORRECT OFFICIAL NUMBER OF DEFENDANT VESSEL

Considering the foregoing Motion to Correct Official Number of Defendant Vessel;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the the Verified

Complaint, the Motion to Permit Movement of Vessel and the Order to Permit Movement of

Vessel, the Motion to Appoint Substitute Custodian and Order Appointing Substitute Custodian,

the Motion for Issuance of Warrant for Maritime Arrest and the Order for Issuance of Warrant

for Maritime Arrest, and the Warrant for Maritime Arrest (collectively, the "Pleadings"), are

corrected to reflect the correct official number of the defendant vessel as follows:

> The vessel **MAMA LERE,** a documented vessel bearing Official
> Number 264863 (the "Vessel").

Thus done and signed in Lafayette, Louisiana, this _3_ day of _December_, 2008.

_____
C. Michael Hill
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate